## McNULTY v. McNULTY.

### (Supreme Court, Appellate Division, First Department. May 10, 1907.)

DIVORCE—JUDICIAL SEPARATION—CRUELTY.

Where, in an action for separation because of defendant's cruelty, plaintiff testified that on several occasions defendant kicked and beat her, and frequently falsely accused her of adultery and other misconduct, some of which accusations defendant partially admitted, and defendant's attitude toward plaintiff was such that she ought not to be compelled to live with him, it was error to dismiss the complaint.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 17, Divorce, §§ 442–445.]

Appeal from Special Term, New York County.

Action by Mary E. McNulty against Patrick J. McNulty. From a judgment dismissing plaintiff's complaint for a judicial separation, she appeals. Reversed, and new trial granted.

Argued before PATTERSON, P. J., and McLAUGHLIN, HOUGHTON, SCOTT, and LAMBERT, JJ.

James A. MacElhinny, for appellant.

W. J. Walsh, for respondent.

PER CURIAM. Plaintiff is the wife of defendant, and brings this action for a separation on the ground of cruelty. Her testimony shows that on several occasions the defendant kicked and beat her, and frequently falsely accused her of adultery and other misconduct. While denying most of these accusations, the defendant partially admits some of them.

We are of the opinion that the plaintiff established good ground for a decree of separation, and that her complaint should not have been dismissed. From the evidence now before us it is manifest that the conduct and attitude of defendant toward the plaintiff is such that she ought not to be compelled to live with him.

The judgment should be reversed and a new trial granted, with costs to the appellant to abide the event.